300 Multiple Choices

Multiple Choices
The document name you requested (/attorneys/assets/opinions/appellate/unpublished/a0210-15.pdf) could not be found on this server.
However, we found documents with names similar to the one you requested.
Available documents:

/attorneys/assets/opinions/appellate/unpublished/a0201-15.pdf (transposed characters)
/attorneys/assets/opinions/appellate/unpublished/a0120-15.pdf (transposed characters)
/attorneys/assets/opinions/appellate/unpublished/a0212-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a0213-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a0217-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a0219-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a0110-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a0220-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a4210-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a0250-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a0260-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a0410-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a1210-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a2210-15.pdf (mistyped character)

IBM_HTTP_Server at www.judiciary.state.nj.us Port 443